AO 91 (Rev. 11/11) Criminal Complaint

DOA
09/17/2025

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America

v.

1. Mariano Gomez Padilla
2. Eduardo Garcia Lopez and
3. Abel Martinez Valenzuela

*Defendant(s)*

Case No. 25-8495MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 17, 2025, at or near Phoenix, Arizona, in the District of Arizona, the defendants, Mariano Gomez Padilla, Eduardo Garcia Lopez and Abel Martinez Valenzuela, did knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts, of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii). All in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), and that this complaint is based on the following facts:

See attached Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

JESSICA EARLE Digitally signed by JESSICA EARLE Date: 2025.09.18 09:47:42 -07'00'

*Complainant's signature*

Reviewed by AUSA Stuart J. Zander S.Z.

*Printed name and title*

Electronically signed and telephonically sworn.

Date: 9-18-25

*Judge's signature*

City and state: Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jessica Earle, Special Agent of the U.S. Drug Enforcement Administration, being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. I am a Special Agent with the U.S. Drug Enforcement Administration, and have been since 2019. I am currently assigned to the Phoenix Field Division (PFD) East Valley Drug Task Force (EVDTF) Group 12. Prior to becoming a Special Agent, your Affiant attended the DEA's sixteen-week training academy located in Quantico, Virginia. While at the DEA training academy, your Affiant received formal training in investigative techniques, drug identification, and laws pertaining to drug investigations.

2. Prior to your Affiant's employment with the DEA as a Special Agent, your Affiant was employed by the DEA as an Intelligence Analyst for twelve years, beginning in 2006. For the first five years, your Affiant served as the senior strategic analyst covering Mexican Drug Trafficking Organizations (DTO) at DEA Headquarters. From 2011 to 2014, your Affiant served as a strategic intelligence analyst stationed at DEA's Mexico City Country Office in Mexico City, Mexico. Then, from 2014 to 2019, your Affiant served as the senior strategic analyst covering DEA's Far East region, including China, as well as the Acting Unit Chief for DEA's Global Strategic Intelligence Unit at DEA Headquarters.

3. In the course of conducting drug investigations, your Affiant has personally interviewed informants and persons involved in the distribution of illegal drugs. In addition, your Affiant has provided surveillance in support of federal investigations that utilized court-authorized interceptions of wire and electronic communications. Furthermore, your Affiant is familiar with the methods used in drug-trafficking operations and the drug-trafficking patterns employed by DTOs.

4. The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers; surveillance conducted by law enforcement officers; and analysis of public records.

5. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

**PROBABLE CAUSE**

6. On September 17, 2025, investigators with the DEA East Valley Drug Enforcement Task Force (EVDETF) established surveillance at an apartment complex located at 6201 W. Olive Avenue in Glendale, Arizona, in anticipation of a drug purchase of methamphetamine involving an undercover officer (UC). While at the location agents observed a Chevrolet Silverado (Silverado) driving on the east side of the complex and drop off a passenger, later identified as Eduardo Garcia Lopez (GARCIA LOPEZ). The driver of the Silverado was later identified as Mariano Gomez Padilla (GOMEZ PADILLA) and the passenger as Abel Martinez Valenzuela (MARTINEZ VALENZUELA). After being dropped off, GARCIA LOPEZ entered a Hyundai Sonata (Sonata). Both vehicles then drove in tandem to 6008 W. Alice Avenue and parked along the street.

7. Thereafter, the UC received information the methamphetamine to complete the transaction was located inside the Sonata. At this time, investigators attempted to stop both the Silverado and the Sonata and activated their lights and sirens. GARCIA LOPEZ, fled on foot, from the Sonata, and was apprehended after a foot pursuit. The Silverado, driven by GOMEZ PADILLA, failed to yield and fled from officers. During the pursuit, the Silverado rammed into an agent's vehicle as well as two other vehicles parked on the street, causing significant property damage. After colliding into the vehicles, GOMEZ PADILLA drove at a high rate of speed to an adjoining housing development where he and MARTINEZ VALENZUELA abandoned the Silverado and fled on foot. Both were apprehended after a foot pursuit.

8. Agents searched the Sonata and seized approximately 61.75 pounds of a white crystalline substance that later field tested positive for methamphetamine from the rear driver's side seat. The packages of methamphetamine were brick shaped. In a post-

*Miranda* interview, GARCIA LOPEZ admitted to being a Mexican national in the United States illegally and knowing drugs were located inside the duffel bag within the Sonata.



9. In a post-*Miranda* interview, MARTINEZ VALENZUELA, a Mexican national, informed agents he was at the Alice Ave location to sell his truck. MARTINEZ VALENZUELA further informed agents a white Ford was parked outside Arturo's Automotive located at 6603 W. Northview Avenue on a public roadway that contained another duffel bag of drugs. When agents arrested GARCIA LOPEZ, he was in possession of the key to a Ford F-250 which agents located outside of Arturo's Automotive on the public roadway. From the roadway, agents observed a closed duffel bag in the back of the Ford F-250. The duffle bag appeared to be completely full of brick shaped objects which agents could clearly see bulging through the exterior of the bag. These brick shaped objects were identical to the brick shaped objects seized from the Sonata. Agents searched the Ford F-250 and seized approximately 71.75 pounds of a white crystalline substance which later field tested positive for methamphetamine.

10. In total, agents seized approximately 133.50 pounds (60.68 kilograms) of methamphetamine.

11. During his arrest, GOMEZ PADILLA admitted to being a Mexican national in the United States illegally.

12. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendants, Mariano Gomez Padilla, Abel Martinez Valenzuela, and Eduardo Garcia Lopez, did knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts, of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii). All in violation of Title 21, United States Code, Section 846.



JESSICA EARLE

Digitally signed by JESSICA EARLE
Date: 2025.09.18 09:48:24 -07'00'

Jessica Earle
Special Agent
U.S. Drug Enforcement Administration

Sworn to before me and subscribed telephonically on 18t day of SEPT ______, 2025.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge